IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JAMES GUY, #59652                                                                                   PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 2:05cv2141KS-JMR

STATE OF MISSISSIPPI, et al.                                                                DEFENDANTS

**FINAL JUDGMENT**

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with an order of this Court.

SO ORDERED AND ADJUDGED, this the 26th day of June, 2006.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE